IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 32.208.139.83

**ISP:** Frontier Communications
**Physical Location:** Bristol, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/05/2017 06:38:03 | 94EE45B37195CEA9EADC200C23F5794383B68963 | Russian Girls Are Perfection |
| 08/13/2017 14:09:44 | 2FDD2DB829A501C0ED843E4455D55924746FB4A7 | Fit For A Fuck |
| 10/29/2016 21:30:58 | 01AEF4F9B9F81B8562A225D55E0FBC7B158287A8 | Not Alone |
| 10/29/2016 20:34:35 | 6EDCB9F1D3D04084B9697D6F6F2694BF390C6F7D | Threes Company |
| 10/18/2016 16:07:25 | CDCFAF4C5C41DFFA02C2DFC995F021407032CFE1 | Luscious Lena |
| 09/08/2016 13:35:05 | 0D3A3323360CB04C18973A3167B4D0017A3F36D6 | Like The First Time |
| 09/08/2016 02:06:51 | DA65EF06C367247D469B313BCA4D148F7FAC5301 | Every Mans Sexy Camping Trip |
| 09/07/2016 17:21:23 | 295F9DA3C06FA60066A7920292942454E8870222 | Dancing Romance |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CT58